JOSEPH L. ENNIS, Respondent, v. LOUIS KARNOW et al., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

CINEMA DISTRIBUTORS INCORPORATED, Appellant, v. PENTAGON PICTURES CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore and Cohn, JJ.

HERBERT WALLIS et al., Respondents, v. TREMONT WOODWORK & SHOW CASE CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES GARRAFFA, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

PHILIP TOLCHIN et al., Doing Business as UNIVERSAL MUSICAL INSTRUMENT Co., Appellants-Respondents, v. SHERIDAN ASSOCIATES, INC., Respondent-Appellant.— Judgment, so far as appealed from, unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

In the Matter of ROBERT I. AMSON et al., Appellants, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

In the Matter of the Arbitration between CIA. NAVIERA VERAGUA, S. A., Respondent, and N. V. ROTTERDAMSCHE KOLEN CENTRALE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See 282 App. Div. 759.]

HENRY B. WESSELMAN et al., as Executors of BLANCHE WESSELMAN, Deceased, Respondents-Appellants, v. GUSTAVE ENGEL, Individually and as Administrator of the Estate of GEORGE C. ENGEL, Deceased, Appellant-Respondent; ENGEL COMPANY, INC., Respondent, et al., Defendants.— Orders, so far as appealed from, unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

In the Matter of ROBERT G. O'CONNOR, Appellant, against GEORGE P. MONAGHAN, as Commissioner of Police of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.